**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| CHRISTINA HAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-CV-48 NAB |
| | ) | |
| CITY OF HANNIBAL, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

Upon the filing of Plaintiff's Notice of Voluntary Dismissal directed to Defendant City of Hannibal, Missouri, on November 3, 2020,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Defendant City of Hannibal, Missouri is **DISMISSED without prejudice** from this action.

**IT IS FURTHER ORDERED** that Defendant City of Hannibal's Motion to Dismiss is **DENIED as moot**.  [Doc. 10.]


NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of November, 2020.