IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| Christina Hagan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-00048-RLW |
| | ) |
| Hannibal Board of Public Works, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL AND REQUEST FOR ORDER DISMISSING THE CASE WITH PREJUDICE

Plaintiff Christina Hagan, by and through her attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses her claims in the above-referenced litigation against Defendants Hannibal Board of Public Works and City of Hannibal, such dismissal to be with prejudice, each party to bear her or its own costs.[1]  Defendants hereby stipulate to this dismissal.

Respectfully submitted,

ERNST LAW FIRM LLC

By: */s/ Edwin C. Ernst, IV*
    Edwin C. Ernst, IV
    Jeffrey W. Ernst
    13321 N. Outer Forty Road, Suite 600
    St. Louis, Missouri 63017
    eddie@ernstlawfirm.net
    jeffrey@ernstlawfirm.net

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

By:  */s/ Adam D. Hirtz*
    Adam D. Hirtz
    Contessa A. Brundridge
    222 South Central Avenue, Suite 900
    St. Louis, Missouri 63105
    adam.hirtz@jacksonlewis.com
    contessa.brundridge@jacksonlewis.com

*Attorneys for Defendants*

---

[1] Plaintiff's claims against Defendant City of Hannibal were previously dismissed without prejudice.