UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINA HAGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-CV-48 RLW |
| | ) |
| CITY OF HANNIBAL, HANNIBAL | ) |
| BOARD OF PUBLIC WORKS, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DIMISSAL

In accordance with plaintiff's Notice of Voluntary Dismissal,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of Plaintiff's claims against Hannibal Board of Public Works with prejudice.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of April, 2021.